**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00022-CV

**ROBERT PERRY, II & ALL OCCUPANTS, Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05355-D**

## ORDER

The reporter's record in this case is overdue. By order dated April 7, 2014, we ordered appellants to file (1) notice that appellants had requested preparation of the reporter's record, and (2) written verification that appellants had paid or made arrangements to pay for the reporter's record or written documentation that appellants have been found entitled to proceed without payment of costs. We cautioned appellants that failure to comply with the order by April 18, 2014 would result in the case being submitted without the reporter's record. To date, the reporter's record has not been filed and appellants have not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's record.

Therefore, we **ORDER** this appeal submitted without a reporter's record. Appellants'

brief is due **THIRTY DAYS** from the date of this order.


        /s/     ADA BROWN
                JUSTICE